No. 1005. Reef Corp. *v.* Commissioner of Internal Revenue. C. A. 5th Cir. Certiorari denied. *Homer L. Bruce* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Pugh* and *Harry Baum* for respondent.

No. 1138. Bank of Utah et al. *v.* Commercial Security Bank. C. A. 10th Cir. Certiorari denied. *David S. Kunz* for petitioners. *Moses Lasky* and *Neil R. Olmstead* for respondent.

No. 1140. National Surety Corp. *v.* Rauscher, Pierce & Co., Inc. C. A. 5th Cir. Certiorari denied. *Lloyd E. Elliott* and *Ralph D. Churchill* for petitioner. *Paul Carrington* for respondent.

No. 1141. Denver & Rio Grande Western Railroad Co. *v.* Brotherhood of Railroad Trainmen et al. C. A. 10th Cir. Certiorari denied. *Martin M. Lucente, George L. Saunders, Jr., Ernest Porter* and *Kenneth D. Barrows* for petitioner. *Edward J. Hickey, Jr.,* and *James L. Highsaw, Jr.,* for respondents.

No. 1203. United States *v.* Prudential Insurance Co. of America. Ct. Cl. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Rogovin, Harold C. Wilkenfeld* and *Martin T. Goldblum* for the United States. *Francis A. Goodhue, Jr.,* for respondent.

No. 1300. Ali, aka Clay, et al. *v.* Gordon, U. S. District Judge. C. A. 6th Cir. Certiorari denied. *Hayden C. Covington* for petitioners.